UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In Re: | Case No. 17-25145-CMB |
| Paul David Uhlemann | Chapter 13 |
| Debtor. | Judge Carlota M. Bohm |

## NOTICE OF CREDITOR CHANGE OF ADDRESS

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                                3-1
Last 4 Digits of Account Number:   2310

Current Address for Notices:
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Phone:
Email:

NEW Address for Notices (Effective Immediately):
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Phone:
Email:

Current Address for Payments:
Home Point Financial Corporation
PO Box 790309
St. Louis, MO 63179

Phone:
Email:

NEW Address for Payments (Effective Immediately):
Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Phone:
Email:

Respectfully Submitted

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com